IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK A. KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON L. NICKLES, FREDERICK B. WHITTEMORE, MARCUS C. ROWLAND, MICHAEL A. JOHNSON, and MERRILL A. MILLER, JR.,<br><br>        Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>        Nominal Defendant. | Case No. CIV-12-436-M |

## ORDER SETTING HEARING

On May 15, 2012, plaintiff filed a Motion and Brief in Support of Motion for Preliminary Injunction [docket no. 18].  The Court hereby SETS this matter for hearing on Wednesday, May 30, 2012 at 1:00 p.m.  Further, the Court ORDERS defendants to file their response to plaintiff's motion for preliminary injunction by Wednesday, May 23, 2012. Finally, the Court ORDERS plaintiffs to serve defendants with a copy of this Order.

**IT IS SO ORDERED this 16th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE