# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>           Plaintiffs,<br><br>vs.<br><br>AUBREY K. McCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>           Defendants,<br><br>               --and--<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>           Nominal Defendant. | CASE NO. CIV-12-436-M |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

**WHEREAS**, on April 19, 2012, Plaintiff Deborah G. Mallow IRA SEP Investment Plan filed her Shareholder Direct and Derivative Complaint (the "Complaint") in the above-referenced matter;

**WHEREAS**, Plaintiff is in the process of completing service of the Complaint on the Nominal Defendant and Individual Defendants (collectively "Defendants");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) the first response to the Complaint, by Defendant(s) served on April 20, 2012, was due on May 10, 2012;

**WHEREAS**, the parties have agreed to extend the time of all Defendants to respond to the Complaint until <u>after</u> the consolidated amended complaint is on file.

**WHEREAS**, counsel for the Defendants has agreed to accept service of the Complaint for all Defendants;

**NOW THEREFORE, IT IS STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their respective counsel that Defendants should be allowed to file their response to the Complaint thirty (30) days from the date of filing of the Consolidated Amended Complaint.

## <u>RELIEF REQUESTED</u>

The parties request Defendants be given thirty (30) days from the date of filing of the Consolidated Amended Complaint in which to file a coordinated response to the Complaint.

Respectfully submitted this 22nd day of May, 2012.

                        *s/ Kenyatta R. Bethea*
                        Kenyatta R. Bethea OBA #18650
                        **HOLLOWAY, BETHEA & OSENBAUGH**
                        3035 N.W. 63rd Suite 102N
                        Oklahoma City, OK 73116
                        Telephone: (405) 246-0600
                        Facsimile: (405) 810-4080
                        kbethea@hbolaw.com
                        *Proposed Liaison Counsel for Plaintiff*
                        *Deborah G. Mallow*
                        *IRA SEP Investment Plan*

                        John Halebian
                        **LOVELL STUART HALEBIAN, LLP**
                        317 Madison Avenue, 21st Floor
                        New York, NY 10017
                        Telephone: (212) 500-5010
                        jhalebian@ishllp.com

                                  *AND*

                        Roy L. Jacobs
                        **ROY JACOBS & ASSOCIATES**
                        60 East 42nd Street, 46th Floor
                        New York, New York 10165
                        Phone:  (212) 867-1156

                        *Attorneys for Plaintiff Deborah G. Mallow*
                        *IRA SEP Investment Plan*

*s/ James R. Webb*
James R. Webb, OBA #16548
Spencer F. Smith OBA #20430
**MCAFEE & TAFT**
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone (405) 552-2246
Facsimile (405) 235-0439
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

       *AND*

Robert P. Varian
**ORRICK, HERRINGTON & SUTCLIFFE**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone (415) 773-5700
Facsimile (415) 773-5759

*Attorneys for Defendants*