**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date: May 30, 2012

| | | |
|---|---|---|
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-12-436-M |
| AUBREY K. MCCLENDON, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHRISTOPHER SNYDER, individually, and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-12-437-M |
| AUBREY K. MCCLENDON, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DOLEZAL FAMILY LIMITED PARTNERSHIP, individually, and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-12-477-M |
| AUBREY K. MCCLENDON, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRIAN F. LEONARD, individually, and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-479-M |
| AUBREY K. MCCLENDON, et al., | ) ) | |
| Defendants. | ) | |
| DAVID A. KROLL INC. EMPLOYEES' PROFIT-SHARING PLAN AND TRUST, individually, and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-493-M |
| AUBREY K. MCCLENDON, et al., | ) ) | |
| Defendants. | ) | |
| NORMAN SPIEGEL, individually, and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-502-M |
| AUBREY K. MCCLENDON, et al., | ) ) | |
| Defendants. | ) | |

**ENTER ORDER:**

The ***Preliminary Injunction Hearing*** previously scheduled for Wednesday, May 30, 2012 at 1:00 p.m., in the above-referenced case, is hereby reset to Tuesday, June 5, 2012 at 10:00 a.m.

By direction of Judge Vicki Miles-LaGrange, we have entered the above enter order.

                                                  Robert D. Dennis, Clerk

                                                  By: s/*Kathy Spaulding*
                                                       Deputy Clerk