# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | Civil Action No. 5:12-cv-00436-M |
| Plaintiff, | |
| v. | |
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK A. KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON L. NICKLES, FREDERICK B. WHITTEMORE, MARCUS C. ROWLAND, MICHAEL A. JOHNSON, and MERRILL A. MILLER, JR., | |
| Defendants, | |
| and | |
| CHESAPEAKE ENERGY CORPORATION, | |
| Nominal Defendant. | |

**ENTRY OF APPEARANCE**

COMES NOW Matthew M. Houston who hereby enters his appearance on behalf of Deborah G. Mallow IRA SEP Investment Plan, derivatively on behalf of Chesapeake Energy Corporation as Attorney of Record. Mr. Houston is admitted *pro hac vice* to this Court by the Court's May 23, 2012 Order and has registered with the Court's Electronic Filing System.

June 4, 2012

                                           Respectfully submitted

                                           HARWOOD FEFFER LLP

                                    By: /s Matthew M. Houston
                                           Matthew M. Houston
                                           488 Madison Avenue
                                           New York, NY 10022
                                           (212) 935-7400
                                           (212) 753-3630 (fax)

                                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to any ECF registrants for this case, and mailed via first class mail a copy to non-ECF registrants for the case:

M. Todd Scott
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5757
tscott@orrick.com

                *s/Craig Lowther*
                CRAIG LOWTHER