UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>(1) AUBREY K. McCLENDON,<br>(2) RICHARD K. DAVIDSON,<br>(3) KATHLEEN M. EISBRENNER,<br>(4) V. BURNS HARGIS,<br>(5) FRANK KEATING,<br>(6) CHARLES T. MAXWELL,<br>(7) MERRILL A. MILLER, JR.,<br>(8) DON L. NICKLES, and<br>(9) LOU SIMPSON,<br><br>Defendants,<br><br>-and-<br><br>(10) CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation<br><br>Nominal Defendant. | Case No. CIV-12-436-M |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don L. Nickles, Lou Simpson, and

OHSUSA:750865954.1

Nominal Defendant, Chesapeake Energy Corporation (collectively, the "Chesapeake Defendants").

I certify that I am admitted *pro hac vice* to practice in this court and am registered to file documents electronically.

Dated:  June 4, 2012                                ORRICK, HERRINGTON & SUTCLIFFE LLP


By:     */s/ Alexander K. Talarides*
Alexander K. Talarides,
Admitted *Pro Hac Vice,*
California Bar #268068
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rvarian@orrick.com

*Attorney for Defendants, Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don L. Nickles, Lou Simpson, and Nominal Defendant, Chesapeake Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to any ECF registrants for this case and mailed via first class mail a copy to non-ECF registrants for this case:

### VIA ECF:

Kenyatta R. Bethea
kbethea@hbolaw.com, cgreen@hbolaw.com, tpacione@hbolaw.com

### VIA U.S. MAIL

**James Halebian**
Lovell Stuart Halebian LLP
317 Madison Avenue, 21st Floor
New York, NY 10022

**Roy S. Jacobs**
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165

**Matthew M. Houston**
Harwood Feffer LLP
488 Madison Ave., 8th Floor
New York, NY 10022

*s/Alexander K. Talarides*
Alexander K. Talarides