IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, Individually and Derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-12-436-M
)
AUBREY McCLENDON, et al. )
and )
CHESAPEAKE ENERGY CORPORATION )
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| PLAINTIFF | DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kenyatta R. Bethea   OBA #18650                    06/07/2012
Signature                                              Date

Kenyatta R. Bethea   OBA #18650
Print Name

Holloway, Bethea & Osenbaugh
Firm

3035 N.W. 63rd, Suite 102N
Address

Oklahoma City, OK 73116
City                  State                  Zip Code

405-246-0600          405-810-4080
Telephone             Fax Number

kbethea@hbolaw.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

☑ I hereby certify that on (date) 06/07/2012 , I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

James R. Webb
Robert P. Varian
Spencer F. Smith
John Halebian
Matthew M. Houston
Alexander K. Talarides

☐ I hereby certify that on (date) _____ , I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Kenyatta R. Bethea   OBA #18650
s/ Attorney Name