## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| IN RE CHESAPEAKE ENERGY CORPORATION 2012 SHAREHOLDER DERIVATIVE LITIGATION | ) <br> ) Lead Case No. CIV-12-436-M <br> ) <br> ) Relating to: <br> ) All Derivative Actions <br> ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Lewis S. Kahn of Kahn Swick & Foti, LLC, enters his APPEARANCE in this cause as counsel for Plaintiffs, derivatively on behalf of Chesapeake Energy Corporation.

I certify that I have been admitted to practice *pro hac vice* before this Court for the limited purpose of participating in this case on behalf of Plaintiffs and am registered to file documents electronically with this Court.

Date: July 25, 2012

Respectfully submitted,

By: /s/ Lewis S. Kahn
**KAHN, SWICK & FOTI, LLC**
Lewis S. Kahn
lewis.kahn@ksfcounsel.com
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Lead Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have served this filing by electronic mail or first class mail to all counsel of record listed below.

      /s/ Lewis S. Kahn
        Lewis S. Kahn

**MURRAY FRANK LLP**
Brian Murray
bmurray@murrayfrank.com
275 Madison Avenue, Suite 801
New York, New York 10016

*Counsel for Plaintiff Stephen Robaczynski*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Counsel for Plaintiff Norman Spiegel*

**DAVID B. KAHN & ASSOCIATES, LTD.**
David B. Kahn
One Northfield Plaza, Suite 214
Northfield, Illinois 60093

*Counsel for Plaintiff Arthur Alberts*

**LAW OFFICES OF CURTIS V. TRINKO**
Curtis V. Trinko
ctrinko@trinko.com
16 West 46th Street, 7th Floor

2

New York, NY 10036

*Counsel for Plaintiff Howard Rosengarten*

**JOHNSON & WEAVER, LLP**
Frank J. Johnson
frankj@johnsonandweaver.com
110 West A. Street, Suite 750
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 238-0622

*Counsel for Plaintiff Greg Erickson*

**HOLZER HOLZER & FISTEL, LLC**
Michael I. Fistel, Jr.
mfistel@holzerlaw.com
200 Ashford Center North, Suite 300
Atlanta, GA 30338

*Counsel for Plaintiff Greg Erickson*

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
Jacobs@jacobclasslaw.com
60 East 42nd Street, 46th Floor
New York, NY 10165

*Counsel for Plaintiff Deborah G. Mallow IRA SEP Investment Plan*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
M. Todd Scott
tscott@orrick.com
405 Howard Street
San Francisco, CA  94105

*Counsel for Defendants Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don L. Nickles, Louis A. Simpson and nominal defendant Chesapeake Energy Corporation*